RECEIVED
AUG 1 8 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| Gordon's Landfill, LLC | Civil Action No. 16-00624 |
| versus | Judge Dee D. Drell |
| BFI Waste Services, LLC | Magistrate Judge Carol B. Whitehurst |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6) filed by defendant BFI Waste Services, LLC be DENIED.

**THUS DONE AND SIGNED** in chambers, on this 18 day of August, 2016.

Dee D. Drell, Chief Judge
United States District Court